IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CURTIS MANLEY, individually and on behalf
of all others similarly situated,
                    Plaintiff,

v.                                            Civil Action Nos. 3:20cv150; 3:20cv151

TRANS UNION, LLC,
                    Defendant.

## **FINAL ORDER**

On November 23, 2020, the parties filed a stipulation of dismissal pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 42, Civil Action No. 3:20cv150.)  The Court

acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 30 November 2020
Richmond, VA

                                             /s/
                        John A. Gibney, Jr.
                        United States District Judge